# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Georgia

Case Number: 1:18-CV-3842

Plaintiff:
**Angelette Blount**

vs.

Defendant:
**National Credit Systems, Inc**

For:
Christopher Armor
Armor Law
160 Clairemont Avenue
Suite 200
Decatur, GA 30030

Received by Ancillary Legal Corporation on the 15th day of August, 2018 at 3:52 pm to be served on **National Credit systems, Inc c/o CT Corporation, 289 S CulverStreet, Lawrenceville, GA 30349**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **20th day of August, 2018** at **10:38 am, I:**

served **National Credit systems, Inc c/o CT Corporation** by delivering a true copy of the **Summons in a Civil Action, Proof of Service, Civil Cover Sheet, Complaint for Damages and Demand for Jury Trial** to: CT Corporation as **Registered Agent, BY LEAVING THE SAME WITH** Linda Banks as **Process Specialist** at the address of: **289 S CulverStreet, Lawrenceville, GA 30349** .

**Additional Information pertaining to this Service:**
8/20/2018  10:38 am  Perfected corporate service at 289 S CulverStreet, Lawrenceville, GA 30349, by serving Linda Banks, process specialist.

White female
Gray hair
60-65 years old
5'4" 140 lbs
No glasses

## AFFIDAVIT OF SERVICE For 1:18-CV-3842

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 20th day of August, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

Christopher Todd Horton
Process Server

Ancillary Legal Corporation
5825 Glenridge Drive
Building 4, Suite 220
Atlanta, GA 30328
(404) 459-8006

Our Job Serial Number: ANC-2018003572

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2e