IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELETTE BLOUNT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL CREDIT SYSTEMS INC., )<br>)<br>    Defendants. )<br>_____) | CIVIL ACTION FILE NO.<br>1:18-cv-03842-CAP-JKL |

## NOTICE OF APPEARANCE

COMES NOW, Jonathan K. Aust of Bedard Law Group, P.C., and hereby files his Notice of Appearance on behalf of National Credit Systems Inc.  Request is made that the Court, Plaintiff and counsel of record include Jonathan K. Aust in all further communication.

Respectfully submitted this 7th day of December 2018.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 488584
*Counsel for Defendant National Credit Systems Inc.*

4855 River Green Parkway
Suite 310
Duluth, Georgia 30097
Telephone: (678) 253-1871
jaust@bedardlawgroup.com

- 1 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANGELETTE BLOUNT,           )<br>                                                  )<br>     Plaintiff,                              )<br>                                                  )<br>v.                                               )<br>                                                  )<br>NATIONAL CREDIT SYSTEMS INC., )<br>                                                  )<br>     Defendants.                         )<br>_____) | CIVIL ACTION FILE NO.<br>1:18-cv-03842-CAP-JKL |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed this Notice of Appearance using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Christopher Armor
chris.armor@armorlaw.com

Respectfully submitted this 7th day of December 2018.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 488584
*Counsel for Defendant National Credit Systems Inc*.